```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                 :

LOEWE, S.A.,                                              :

                                    Plaintiff,        :        1:24-cv-8871-GHW

                     -v-                               :        <u>ORDER</u>

BEIJING ONWARD FASHION CO., LTD., *et al.*,  :

                               Defendants.  :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

      SO ORDERED.

Dated: January 10, 2025
       New York, New York

                                                          _____
                                                            GREGORY H. WOODS
                                                         United States District Judge