UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
LOEWE, S.A.,                                                        :
:
                                   Plaintiff,    :    1:24-cv-8871-GHW
:
                        -v-                                 :    <u>ORDER</u>
:
BEIJING ONWARD FASHION CO., LTD., *et al.*,   :
:
:
                              Defendants.    :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On November 22, 2024, the Court issued a Temporary Restraining Order in this case (the "Order"). On November 25, 2024 the Court extended the Order at the Plaintiff's request until January 8, 2025 (the "Extension Order"). The Extension Order adjourned the hearing established in Section II.A of the Order to January 9, 2025 at 2:00 p.m., in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007 (the "Hearing"). Because the President has since declared January 9, 2025 a National Day of Mourning and the courthouse will be closed, the Hearing scheduled for January 9, 2025 at 2:00 p.m. will instead take place on January 10, 2025 at 3:00 p.m. Additionally, in light of the National Day of Mourning and courthouse closure, good cause exists to extend the Order pursuant to Fed. R. Civ. P. 65(b)(2). The Order will remain in effect until January 9, 2025. Except as expressly modified by this Order, all other deadlines remain in full force and effect. Plaintiff is directed to serve this order on Defendants.

      SO ORDERED.

Dated: January 3, 2025
          New York, New York

                                                                         GREGORY H. WOODS
                                                                         United States District Judge