USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
 :
LOEWE, S.A., :
 :
                         Plaintiff, :      1:24-cv-8871-GHW
 :
             -v- :      <u>ORDER</u>
 :
BEIJING ONWARD FASHION CO., LTD., *et al.*, :
 :
 :
                      Defendants. :
 :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On November 22, 2024, the Court issued a Temporary Restraining Order in this case (the "TRO"). On February 5, 2025, non-party AirWallex Hong Kong filed a motion for reasonable fees and costs to compensate it for its work responding to the TRO. Dkt. No. 32. Plaintiff's opposition is due by no later than February 21, 2025; AirWallex Hong Kong's reply, if any, is due within seven days after service of Plaintiff's opposition.

       SO ORDERED.

Dated: February 10, 2025
       New York, New York

                                                           _____
                                                             GREGORY H. WOODS
                                                        United States District Judge