# Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kking@maglaw.com
212-880-9403

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

March 20, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/20/25
```

**BY ECF**

**MEMORANDUM ENDORSED**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street,
New York, New York 10007

    Re:    *Loewe, S.A. v. Beijing Onward Fashion Co., Ltd., et al.*, - Case No. 24-cv-8871

Dear Judge Woods:

    We represent Non-Party Airwallex (Hong Kong) Limited ("Airwallex") in the above-captioned case. Airwallex respectfully withdraws its Motion for Attorney's Fees and Costs (Dkt. 32), filed February 5, 2025, because it has reached a resolution with Plaintiff's counsel that resolves the disputes raised in the motion.

    Airwallex thanks the Court for its attention to this matter.

                    Respectfully submitted,

                    /s/ *Karen R. King*

                    Karen R. King

cc:    Counsel of record

---

The March 20, 2025 request by Non-Party Airwallex (Hong Kong) Limited to withdraw its motion for attorney's fees and costs, Dkt. No. 45, is granted. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 32.

SO ORDERED.

Dated: March 20, 2025
New York, New York

           _____
           GREGORY H. WOODS
           United States District Judge

1