

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2025
```

**MEMORANDUM ENDORSED**

September 8, 2025

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *Loewe, S.A. v. Beijing Onward Fashion Co., Ltd., et al.*
            **Case No. 24-cv-8871 (GHW)**
            <u>**Letter Requesting to Indefinitely Adjourn the Initial Pretrial Conference**</u>

Dear Judge Woods,

      We represent Plaintiff Loewe, S.A. ("Plaintiff") in the above-referenced matter (the "Action").[1] On August 18, 2025, the Court scheduled an initial pretrial conference directing counsel for all parties to appear on September 17, 2025 at 2:00 p.m. ("Initial Pretrial Conference"). (Dkt. 54). For the reasons set forth herein, Plaintiff respectfully requests that the Court indefinitely adjourn the Initial Pretrial Conference, as well as the accompanying deadline for the parties to submit a joint letter and proposed case management plan. In accordance with Your Honor's Individual Rules of Practice, Plaintiff respectfully submits the following:

1. **Original Due Date**: The deadline for the parties to submit a joint letter and proposed case management plan is September 10, 2025 and the Initial Pretrial Conference is scheduled for September 17, 2025 at 2:00 p.m.
2. **The number of previous requests for adjournment**: None, this is Plaintiff's first request to indefinitely adjourn the Initial Pretrial Conference and the accompanying deadline for the parties to submit a joint letter and proposed case management plan.
3. **The reason for the current request**: Plaintiff respectfully requests an indefinite adjournment of the Initial Pretrial Conference because to date, none of Defendants have formally appeared in this Action, and are all currently in default. Accordingly, there are presently no appearing parties in this Action for Plaintiff to enter into a case management plan with.
4. **Whether the adversary consents**: Given all of the remaining Defendants are currently in default, Plaintiff did not seek their consent.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint.

5. **Proposed alternative dates**: N/A.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Gabriela N. Nastasi
Gabriela N. Nastasi
gnastasi@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*

Application granted in part. The initial pretrial conference scheduled for September 17, 2025 is adjourned to December 11, 2025 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's August 18, 2025 order are due no later than December 4, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 58.

SO ORDERED.

Dated: September 9, 2025
New York, New York

GREGORY H. WOODS
United States District Judge