USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOEWE, S.A.,

*Plaintiff*

v.

BEIJING ONWARD FASHION CO., LTD., BURMINSA OFFICIAL STORE, C-BAG STORE, CHENGDU MEIBAILONG ELECTRONIC COMMERCE CO., LTD., DONGGUAN CAINAN CLOTHING CO., LTD., DONGGUAN DAFENG GARMENT CO., LTD, DONGGUAN HUMEN LIMENGLANG GARMENT FACTORY, DONGGUAN JIELI APPAREL CO., LTD., DONGGUAN WISRISE GARMENT CO., LTD., DONGGUAN XUANZHIGE APPAREL CO., LTD., DONGGUAN YSYS ORIGINAL DESIGN FASHION CO., LTD., DONGGUAN YUANTU INDUSTRIAL CO., LTD., DONGGUAN YUNXUN TECHNOLOGY CO., LTD., DONGYANG SHENGFENG CLOTHING CO., LTD, FUZHOU RELIABLE E-COMMERCE CO., LTD., GANSU FANXI TRADING CO., LTD., GREENFOREST STORE, GUANGZHOU BHL FASHION CO.,LTD, GUANGZHOU CHUANGYIMEI INDUSTRY AND TRADE CO., LTD., GUANGZHOU GUOXIN HARDWARE PRODUCTS CO., LTD., GUANGZHOU MINGSHEN JEWELRY CO., LTD., GUANGZHOU MINISSIMI LEATHER CO., LTD., GUANGZHOU NEW NICE JEWELRY CO.LTD, GUANGZHOU NUOWA E-COMMERCE CO., LTD., GUANGZHOU OUDINA CLOTHING CO., LTD., GUANGZHOU PHOENIX CLOTHING LIMITED COMPANY, GUANGZHOU QIAOYI CLOTHING CO., LTD., GUANGZHOU SENYISEN LEATHER GOODS FIRM, GUANGZHOU SHANHE CLOTHING CO., LTD, GUANGZHOU SUNNY(DAY) LEATHER GOODS CO., LTD., GUANGZHOU XIANGCHENG LEATHER CO., LTD., GUANGZHOU YAPAI LEATHER CO., LTD., GUANGZHOU YAZHI JEWELRY MANUFACTURER, GUANGZHOU

**CIVIL CASE NO.
24-cv-8871 (GHW)**

**FINAL DEFAULT JUDGMENT
AND PERMANENT
INJUNCTION ORDER**

YUTONG LEATHER GOODS CO. LTD, HAIFENG MEILONG TOWN SHENGBAIRUI JEWELRY FACTORY, HANGZHOU TONGSHENG FASHION CO., LTD., HANGZHOU YEYINGLONG E-COMMERCE CO., LTD., HEBEI THE BEST INFORMATION TECHNOLOGY CONSULTING CO., LTD, HEFEI ANGELS TRADE CO., LTD., HENAN JIHENG TECHNOLOGY CO., LTD., HENGSHUI JIANKANG TRADING CO., LTD., HUIXIAN QIANGE CLOTHING CO., LTD., HUIZHOU QIAN QIAN INDUSTRIAL CO., LTD., HUZHOU JINDOU NETWORK TECHNOLOGY CO., LTD., JIANGYIN DH GARMENTS CO., LTD., JIAXING HONGMING TRADING CO., LTD., JIN XIDUN (XIAMEN) INTERNATIONAL TRADE CO., LTD, JINJIANG GONGXIA TRADING CO., LTD., MOGRA STORE, OKAL LIGHT STORE, PEEQI BOUTIQUE (DONGGUAN) CO,LTD, QINGDAO YACHUANGMEIRUI ARTS & CRAFTS CO., LTD., QINGDAO YUJUNBAO HOUSEHOLD PRODUCTS CO., LTD., QUZHOU CINDY IMPORT AND EXPORT CO., LTD., SDFBK OFFICIAL STORE, SHENZHEN BAOAN DISTRICT XINMEILI JEWELRY STORE, SHENZHEN BEST LEATHER HANDBAGS CO., LTD., SHENZHEN KEBIXIONG CLOTHING CO., LTD., SHENZHEN SHENGMING YUANYING TRADING CO., LTD., SHENZHEN WADE CULTURE COMMUNICATION CO., LTD., SHOP1102571060 STORE, SHOP1102751879 STORE, SHOP1102753315 STORE, SHOP1102771569 STORE, SHOP1102985036 STORE, SHOP1103356002 STORE, SHOP1103477230 STORE, SHOP1103807226 STORE, SHOP1103949229 STORE, SHOP912730081 STORE, TAIZHOU LUQIAO FENGDAO TRADING CO., LTD., THE PEACH BAG STORE, TOP LUXURY BAGS VIP STORE, TRAFZA FIRST STORE, UNIZERA WM STORE STORE, WUHAN MANTIAN XINGCHEN TRADING CO., LTD., XIAMEN BOSKIMS GARMENTS CO., LTD., XIAMEN DEYA GLOBAL TRADE CO., LTD., XIAMEN JIAJIAMING LEATHER GOODS CO., LTD., XIAMEN SKY PIGEON NETWORK TECHNOLOGY CO., LTD., XIAMEN ZEYIXIN GARMENT CO., LTD., YIWU HONGMAO TRADING CO., LTD., YIWU JINGZI IMPORT &

EXPORT CO., LTD., YIWU LIYI COMMODITY CO., LTD., YIWU OUZE CLOTHING CO., LTD., YIWU QIANHENG JEWELRY CO.,LTD, YIWU QIUDUN IMPORT & EXPORT CO., LTD., YIWU SHANMEI ARTS AND GIFTS CO., LTD., YIWU SHULONG E-COMMERCE FIRM, YIWU XINTING JEWELRY CO., LTD., YIWU YUDIAN CLOTHES CO., LTD., ZHANGZHOU CHANGTAI NAIMI ELECTRONIC COMMERCE CO., LTD. and ZHUJI CHENGNAN IMPORT AND EXPORT CO., LTD.,

*Defendants*

## GLOSSARY

| Term | Definition | Docket Entry No. |
|---|---|---|
| **Plaintiff or Loewe** | Loewe, S.A. | N/A |
| **Defendants** | Beijing Onward Fashion Co., Ltd., Burminsa Official Store, C-BAG Store, Chengdu Meibailong Electronic Commerce Co., Ltd., Dongguan Cainan Clothing Co., Ltd., Dongguan Dafeng Garment Co., Ltd, Dongguan Humen Limenglang Garment Factory, Dongguan Jieli Apparel Co., Ltd., Dongguan Wisrise Garment Co., Ltd., Dongguan Xuanzhige Apparel Co., Ltd., Dongguan YSYS Original Design Fashion Co., Ltd., Dongguan Yuantu Industrial Co., Ltd., Dongguan Yunxun Technology Co., Ltd., Dongyang Shengfeng Clothing Co., Ltd, Fuzhou Reliable E-Commerce Co., Ltd., Gansu Fanxi Trading Co., Ltd., GREENFOREST Store, Guangzhou BHL Fashion Co.,ltd, Guangzhou Chuangyimei Industry And Trade Co., Ltd., Guangzhou Guoxin Hardware Products Co., Ltd., Guangzhou Mingshen Jewelry Co., Ltd., Guangzhou Minissimi Leather Co., Ltd., Guangzhou New Nice Jewelry Co.ltd, Guangzhou Nuowa E-Commerce Co., Ltd., Guangzhou Oudina Clothing Co., Ltd., Guangzhou Phoenix Clothing Limited Company, Guangzhou Qiaoyi Clothing Co., Ltd., Guangzhou Senyisen Leather Goods Firm, Guangzhou Shanhe Clothing Co., Ltd, Guangzhou Sunny(day) Leather Goods Co., Ltd., Guangzhou Xiangcheng Leather Co., Ltd., Guangzhou Yapai Leather Co., Ltd., Guangzhou Yazhi Jewelry Manufacturer, Guangzhou Yutong Leather Goods Co. Ltd, Haifeng Meilong Town Shengbairui Jewelry Factory, Hangzhou Tongsheng Fashion Co., Ltd., Hangzhou Yeyinglong E-Commerce Co., Ltd., Hebei The Best Information Technology Consulting Co., Ltd, Hefei Angels Trade Co., Ltd., Henan Jiheng Technology Co., Ltd., Hengshui Jiankang Trading Co., Ltd., Huixian Qiange Clothing Co., Ltd., Huizhou Qian Qian Industrial Co., Ltd., Huzhou Jindou Network Technology Co., Ltd., Jiangyin DH Garments Co., Ltd., Jiaxing Hongming Trading Co., Ltd., Jin Xidun (Xiamen) International Trade Co., Ltd, Jinjiang Gongxia Trading Co., Ltd., Mogra Store, Okal Light Store, Peeqi Boutique (Dongguan) Co,ltd, Qingdao Yachuangmeirui Arts & Crafts Co., Ltd., Qingdao Yujunbao Household | N/A |

| | | |
|---|---|---|
| | Products Co., Ltd., Quzhou Cindy Import And Export Co., Ltd., SDFBK Official Store, Shenzhen Baoan District Xinmeili Jewelry Store, Shenzhen Best Leather Handbags Co., Ltd., Shenzhen Kebixiong Clothing Co., Ltd., Shenzhen Shengming Yuanying Trading Co., Ltd., Shenzhen Wade Culture Communication Co., Ltd., Shop1102571060 Store, Shop1102751879 Store, Shop1102753315 Store, Shop1102771569 Store, Shop1102985036 Store, Shop1103356002 Store, Shop1103477230 Store, Shop1103807226 Store, Shop1103949229 Store, Shop912730081 Store, Taizhou Luqiao Fengdao Trading Co., Ltd., The Peach Bag Store, Top Luxury Bags Vip Store, TRAFZA First Store, UNIZERA WM Store Store, Wuhan Mantian Xingchen Trading Co., Ltd., Xiamen Boskims Garments Co., Ltd., Xiamen Deya Global Trade Co., Ltd., Xiamen Jiajiaming Leather Goods Co., Ltd., Xiamen Sky Pigeon Network Technology Co., Ltd., Xiamen Zeyixin Garment Co., Ltd., Yiwu Hongmao Trading Co., Ltd., Yiwu Jingzi Import & Export Co., Ltd., Yiwu Liyi Commodity Co., Ltd., Yiwu Ouze Clothing Co., Ltd., YIWU QIANHENG JEWELRY CO.,LTD, Yiwu Qiudun Import & Export Co., Ltd., Yiwu Shanmei Arts And Gifts Co., Ltd., Yiwu Shulong E-Commerce Firm, Yiwu Xinting Jewelry Co., Ltd., Yiwu Yudian Clothes Co., Ltd., Zhangzhou Changtai Naimi Electronic Commerce Co., Ltd., and Zhuji Chengnan Import And Export Co., Ltd. | |
| **Defaulting Defendants** | Beijing Onward Fashion Co., Ltd., Dongguan Cainan Clothing Co., Ltd., Dongguan Humen Limenglang Garment Factory, Dongguan Wisrise Garment Co., Ltd., Dongguan Xuanzhige Apparel Co., Ltd., Dongguan YSYS Original Design Fashion Co., Ltd., Dongguan Yunxun Technology Co., Ltd., Dongyang Shengfeng Clothing Co., Ltd, Guangzhou Phoenix Clothing Limited Company, Guangzhou Yazhi Jewelry Manufacturer, Haifeng Meilong Town Shengbairui Jewelry Factory, Henan Jiheng Technology Co., Ltd., Hengshui Jiankang Trading Co., Ltd., Huixian Qiange Clothing Co., Ltd., Okal Light Store, Peeqi Boutique (Dongguan) Co,ltd, Quzhou Cindy Import And Export Co., Ltd., Shenzhen Kebixiong Clothing Co., Ltd., Shop1102771569 Store, Shop1102985036 Store, Taizhou Luqiao Fengdao Trading Co., Ltd., TRAFZA First Store, UNIZERA | N/A |

| | | |
|---|---|---|
| | WM Store Store, Xiamen Deya Global Trade Co., Ltd., Xiamen Sky Pigeon Network Technology Co., Ltd., Yiwu Hongmao Trading Co., Ltd., Yiwu Jingzi Import & Export Co., Ltd., YIWU QIANHENG JEWELRY CO.,LTD, Yiwu Shanmei Arts And Gifts Co., Ltd., Yiwu Xinting Jewelry Co., Ltd., Zhangzhou Changtai Naimi Electronic Commerce Co., Ltd. and Zhuji Chengnan Import And Export Co., Ltd. | |
| **Alibaba** | Alibaba.com Singapore E-Commerce Pte. Ltd. and/or any other entity that owns and/or operates the Alibaba.com online marketplace platform, which allows manufacturers, wholesalers and other third-party merchants, like Defendants, to advertise, offer for sale, sell, distribute and ship their wholesale and retail products originating from China directly to consumers across the world and specifically to consumers residing in the U.S., including New York | N/A |
| **AliExpress** | AliExpress E-Commerce One Pte., Ltd. and/or any other entity that owns and/or operates the AliExpress.com online marketplace platform, which allows manufacturers, wholesalers and other third-party merchants, like Defendants, to advertise, offer for sale, sell, distribute and ship their wholesale and retail products originating from China directly to consumers across the world and specifically to consumers residing in the U.S., including New York | N/A |
| **Sealing Order** | Order to Seal File entered on November 20, 2024 | 3 |
| **Compl.** | Plaintiff's Complaint filed on November 21, 2024 | 8 |
| **ED** | Epstein Drangel LLP, counsel for Plaintiff | N/A |
| **New York Address** | 244 Madison Ave, Suite 411, New York, New York 10016 | N/A |
| **App.** | Plaintiff's ex *parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts (as defined *infra*) and Defendants' Assets (as defined *infra*) with the Financial Institutions (as defined *infra*); 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service and 5) an order authorizing expedited discovery | 13-19 |
| **App. MOL** | The Memorandum of Law Filed in Support of Plaintiff's App. | 17 |

| | | |
|---|---|---|
| **TRO** | 1) Temporary Restraining Order; 2) Order Restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) Order to Show Cause Why a Preliminary Injunction Should Not Issue; 4) Order Authorizing Bifurcated and Alternative Service; and 5) Order Authorizing Expedited Discovery entered by the Court on January 23, 2025 | 20 |
| **Lambert Dec.** | Declaration of Nicolas Lambert in Support of Plaintiff's Application | 18 |
| **Nastasi Dec.** | Declaration of Gabriela N. Nastasi in Support of Plaintiff's App. | 19 |
| **Loewe Products** | Luxury women's and men's leather goods, clothing, perfume and other fashion accessories | N/A |
| **Loewe Marks** | U.S. Trademark Registration Nos.: 1,328,409 for for a variety of goods in Classes 18 and 25; 4,852,854 for for a variety of goods in Class 25; 5,754,088 for LOEWE for a variety of goods in Classes 18 and 25; 5,946,699 for for a variety of goods in Class 18 and 25; 4,693,808 for for a variety of goods in Class 14; 5,343,342 for for a variety of goods in Class 24; 5,999,318 for LOEWE SOLO for a variety of goods in Class 3; 5,047,314 for | N/A |

| | | |
|---|---|---|
| | for a variety of goods in Classes 3, 9, 14, 18 and 25; 4,036,941 for a variety of goods in Class 3; 6,458,330 for for a variety of goods in Classes 3 and 4; 6,235,345 for for a variety of goods in Class 3; 2,655,473 for for a variety of goods in Class 9; 2,770,759 for "LOEWE" for a variety of goods in Class 25; 2,079,138 for "ESENCIA LOEWE" for a variety of goods in Class 3; 2,099,086 for "AIRE LOEWE" for a variety of goods in Class 3; 1,122,323 for "LOEWE" for a variety of goods in Classes 16, 18 and 20; 2,770,759 for "LOEWE" for a variety of goods in Class 25; 3,021,208 for "SOLO LOEWE" for a variety of goods in Class 3; 5,332,346 for "CASA LOEWE" for a variety of goods in Class 35; 1,513,278 for "LOEWE" for a variety of goods in Class 3 and 14; 6,458,158 for "LOEWE HONESTY" for a variety of goods in Class 3; 6,274,715 for "LOEWE" for a variety of goods in Class 9; 4,152,315 for "AURA LOEWE" for a variety of goods in Class 3; 5,477,594 for "LOEWE" for a variety of goods in Class 24; 6,458,331 for "LOEWE" for a variety of goods in Classes 3 and 4; 4,801,597 for "LOEWE" for a variety of goods in Class 35; 7,349,718 for "LOEWE AIRE" for a variety of goods in Class 3; 4,948,683 for "LOEWE 001" for a variety of goods in Class 3; 7,349,717 for "LOEWE SOLO" for a variety of goods in Class 3; 7,349,719 for "LOEWE 7" for a variety of goods in Class 3; 2,698,284 for "LOEWE" for a variety of goods in Class 9; 6,647,043 for "PAULA'S IBIZA" for a variety of goods in Classes 18, 24 and 25; and 4,906,598 for "ECLECTIC" a variety of goods in Class 3 | |

| | | |
|---|---|---|
| **Counterfeit Products** | Products bearing or used in connection with the Loewe Marks and/or marks that are confusingly similar to the Loewe Marks, and/or products in packaging and/or with labeling bearing the Loewe Marks and/or marks that are confusingly similar to the Loewe Marks, and/or products that are identical or confusingly similar to the Loewe Products | N/A |
| **Infringing Listings** | Defendants' listings for Counterfeit Products | N/A |
| **User Accounts** | Any and all websites and any and all accounts with online marketplace platforms such as Alibaba and/or AliExpress, as well as any and all as yet undiscovered accounts with additional online marketplace platforms held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them | N/A |
| **Merchant Storefronts** | Any and all User Accounts through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them operate storefronts to manufacture, import, export, advertise, market, promote, distribute, display, offer for sale, sell and/or otherwise deal in Counterfeit Products, which are held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them | N/A |
| **Defendants' Assets** | Any and all money, securities or other property or assets of Defendants (whether said assets are located in the U.S. or abroad) | N/A |
| **Defendants' Financial Accounts** | Any and all financial accounts associated with or utilized by any Defendants or any Defendants' User Accounts or Merchant Storefront(s) (whether said account is located in the U.S. or abroad) | N/A |
| **Financial Institutions** | PayPal Inc. ("PayPal"), Payoneer Inc. ("Payoneer"), AUS Merchant Services, Inc. and Alipay Merchant Services Pte. Ltd. ("Alipay") and PingPong Global Solutions, Inc. ("PingPong") | N/A |
| **Third Party Service Providers** | Online marketplace platforms, including, without limitation, those owned and operated, directly or indirectly by Alibaba and/or AliExpress, as well as any and all as yet undiscovered online marketplace platforms and/or entities through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them manufacture, import, export, advertise, market, promote, distribute, offer for sale, sell and/or otherwise deal in Counterfeit Products which are | N/A |

| | | |
|---|---|---|
| | hereinafter identified as a result of any order entered in this action, or otherwise | |
| **Show Cause Hearing** | January 10, 2025 hearing to show cause why a preliminary injunction should not issue | N/A |
| **PI Order** | The Preliminary Injunction Order entered on January 10, 2025 | 53 |
| **DJ Motion** | Plaintiff's Motion for Default Judgment and a Permanent Injunction Should Not be Entered Against Defaulting Defendants filed on May 1, 2026 | 77-80 |
| **Levine Aff.** | Affidavit by Melissa J. Levine in Support of Plaintiff's DJ Motion | 78 |

This matter comes before the Court by motion filed by Plaintiff for the entry of final judgment and permanent injunction by default against Defaulting Defendants for Defaulting Defendants' trademark infringement, trademark counterfeiting, false designation of origin, passing off and unfair competition and related state and common law claims arising out of Defaulting Defendants' unauthorized use of Plaintiff's Loewe Marks, without limitation, in their manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying or offering for sale and/or selling and/or sale of Counterfeit Products.[1]

The Court, having considered the Memorandum of Law and Affidavit of Melissa J. Levine in support of Plaintiff's Motion for Default Judgment and a Permanent Injunction Against Defaulting Defendants, the Certificate of Service of the Summons and Compl., the Certificate of the Clerk of the Court stating that no answer has been filed in the instant action, and upon all other pleadings and papers on file in this action, from which the Court has determined that Plaintiff has made a prima facie showing of jurisdiction over Defaulting Defendants; that Defaulting Defendants are liable as to the First and Second Causes of Action pleaded in the Complaint; and that statutory damages are an appropriate remedy, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

## I. Defaulting Defendants' Liability

1) Judgment is granted in favor of Plaintiff as to the First and Second Causes of Action pleaded in the Compl. (trademark counterfeiting and trademark infringement).

## II. Damages Awards

1) IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that because it would serve both the compensatory and punitive purposes of the Lanham Act's prohibitions on trademark counterfeiting and willful infringement, and because Plaintiff has sufficiently set forth the basis

[1] Where a defined term is referenced herein and not defined herein, the defined term should be understood as it is defined in the Glossary.

for the statutory damages award requested in its Motion for Default Judgment, the Court finds such an award to be reasonable and Plaintiff is awarded as follows:

> $75,000.00 against each of the following thirty-two (32) Defendants: Beijing Onward Fashion Co., Ltd., Dongguan Cainan Clothing Co., Ltd., Dongguan Humen Limenglang Garment Factory, Dongguan Wisrise Garment Co., Ltd., Dongguan Xuanzhige Apparel Co., Ltd., Dongguan YSYS Original Design Fashion Co., Ltd., Dongguan Yunxun Technology Co., Ltd., Dongyang Shengfeng Clothing Co., Ltd, Guangzhou Phoenix Clothing Limited Company, Guangzhou Yazhi Jewelry Manufacturer, Haifeng Meilong Town Shengbairui Jewelry Factory, Henan Jiheng Technology Co., Ltd., Hengshui Jiankang Trading Co., Ltd., Huixian Qiange Clothing Co., Ltd., Okal Light Store, Peeqi Boutique (Dongguan) Co,ltd, Quzhou Cindy Import And Export Co., Ltd., Shenzhen Kebixiong Clothing Co., Ltd., Shop1102771569 Store, Shop1102985036 Store, Taizhou Luqiao Fengdao Trading Co., Ltd., TRAFZA First Store, UNIZERA WM Store Store, Xiamen Deya Global Trade Co., Ltd., Xiamen Sky Pigeon Network Technology Co., Ltd., Yiwu Hongmao Trading Co., Ltd., Yiwu Jingzi Import & Export Co., Ltd., YIWU QIANHENG JEWELRY CO.,LTD, Yiwu Shanmei Arts And Gifts Co., Ltd., Yiwu Xinting Jewelry Co., Ltd., Zhangzhou Changtai Naimi Electronic Commerce Co., Ltd. and Zhuji Chengnan Import And Export Co., Ltd. pursuant to 15 U.S.C. § 1117(c),

plus post-judgment interest calculated pursuant to the statutory rate.

## III. Permanent Injunction

1) IS FURTHER ORDERED, ADJUDGED AND DECREED, that Defaulting Defendants, their respective officers, agents, servants, employees, successors and assigns and all persons acting in concert with or under the direction of Defaulting Defendants (regardless of whether located in the United States or abroad) and are subject to the jurisdiction of the Court, who receive actual notice of this Order are permanently enjoined and restrained from:

   A. manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, making, using offering for sale, selling and/or otherwise dealing in Counterfeit Products or any other products bearing one or more of the Loewe Marks and/or marks that are confusingly similar to, identical to and constitute a counterfeiting and/or infringement of the Loewe Marks;

   B. operation of Defaulting Defendants' User Accounts and Defaulting Defendants'

Merchant Storefronts, including, without limitation, continued operation of Defaulting Defendants' User Accounts and Merchant Storefronts in violation of this Order;

C. directly or indirectly infringing in any manner any of Plaintiff's Loewe Marks;

D. using any reproduction, counterfeit, copy or colorable imitation of Plaintiff's Loewe Marks to identify any goods or services not authorized by Plaintiff;

E. using Plaintiff's Loewe Marks, or any other marks that are confusingly similar to the Loewe Marks on or in connection with the manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling and/or otherwise dealing in the Counterfeit Products;

F. secreting, concealing, destroying, altering, selling off, transferring or otherwise disposing of and/or dealing with: (i) Counterfeit Products; (ii) any computer files, data, business records, documents or any other records or evidence relating to their User Accounts, Merchant Storefronts or Defaulting Defendants' Assets and the manufacture, importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of Counterfeit Products; and

G. effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other platform, User Accounts, Merchant Storefronts or any other means of importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of Counterfeit Products for the purposes of circumventing or otherwise avoiding the prohibitions set forth in this Order.

2) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defaulting Defendants must deliver up for destruction to Plaintiff any and all Counterfeit Products and any and all packaging, labels, tags, advertising and promotional materials and any other materials in the possession, custody or control of Defaulting Defendants that infringe Plaintiff's Loewe Marks

or bear any marks that are confusingly similar to the Loewe Marks pursuant to 15 U.S.C. § 1118.

3) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defaulting Defendants and all persons in active concert and participation with them who receive actual notice of this Order and are subject to the jurisdiction of the Court, including the Third Party Service Providers and Financial Institutions who satisfy those requirements and are identified in this Order, are permanently enjoined and restrained from:

   A. secreting, concealing, transferring, disposing of, withdrawing, encumbering or paying Defaulting Defendants' Assets from or to Defaulting Defendants' Financial Accounts.

4) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defaulting Defendants and all persons in active concert and participation with them who receive actual notice of this Order and are subject to the jurisdiction of the Court, including Third Party Service Providers who satisfy those requirements and are identified in this order are permanently enjoined and restrained from:

   A. providing services to Defaulting Defendants, Defaulting Defendants' User Accounts and Defaulting Defendants' Merchant Storefronts, including, without limitation, continued operation of Defaulting Defendants' User Accounts and Merchant Storefronts; and

   B. knowingly instructing any other person or business entity in engaging in any of the activities referred to in subparagraphs III(1)(A) through III(1)(H), III(3)(A) and III(4)(A) above, including, without limitation, by providing services necessary for Defendants to continue operating Defendants' User Accounts and Merchant Storefronts in violation of this Order.

## IV. Dissolution of Rule 62(a) Stay

1) IT IS FURTHER ORDERED, as sufficient cause has been shown, the 30 day automatic stay on enforcing Plaintiff's judgment, pursuant to Fed. R. Civ. Pro. 62(a) is hereby dissolved.

## V. Miscellaneous Relief

1) Defaulting Defendants may, upon proper showing and two (2) business days written notice to the Court and Plaintiff's counsel, appear and move for dissolution or modification of the provisions of this Order;
2) Any failure by Defaulting Defendants to comply with the terms of this Order shall be deemed contempt of Court, subjecting Defaulting Defendants to contempt remedies to be determined by the Court, including fines and seizure of property;
3) The Court releases the Ten Thousand U.S. Dollar ($10,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017;
4) All claims asserted in the Complaint other than those in Plaintiff's First and Second Causes of Action are dismissed; and
5) This Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Order.

**SO ORDERED.**

SIGNED this 16th day of October, 2026.

HON. GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE